B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

In re  Ashanti Smith,  Case No. 15-33076
Debtor
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Alabama Housing Finance Authority  **Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: ___ _1_ ___ ___

**Date of payment change:** 01/01/2016
Must be at least 21 days after date of this notice  (mm/dd/yyyy)

**New total payment:** $ 599.38
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ 199.71   **New escrow payment:** $ 202.56

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** _____%   **New interest rate:** _____%

**Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____[signature]_____   Date  11/06/2015
Signature                                         mm/dd/yyyy

Print:  Rob Griffith                      Title  Bankruptcy Specialist
        First Name  Middle Name  Last Name

Company  Alabama Housing Finance Authority/ServiSolutions

Address  P. O. Box 242928
         Number       Street

         Montgomery, AL  36124-2928
         City              State       ZIP Code

Contact phone  (334) 244-4348            Email  rgriffith@servsol.com

```
TRIAL ESCROW ANALYSIS AS OF 12/31/15.                          11/06/15 13:09

   BILLING N/A:  ASHANTI SMITH
                 3027 BALDWIN BROOK DRIVE
                 MONTGOMERY AL 36116

PROPERTY ADDR:   3027 BALDWIN BROOK DRIVE
                 MONTGOMERY AL 36116

     LOAN TYPE:  F.H.A.

                                  PRESENT         NEXT     NEW    PMT   REQUIRED
TYP SQ EXPENSE ITEM   DUE   TERM   DEPOSIT EST    DISB    DEPOSIT  EL   BALANCE
310 07 MIP RBP        06/16  12     94.95 00    1115.64    92.97  02    185.94
312 01 COUNTY TAX     11/16  12     26.09 00     313.05    26.09  01     26.09
351    HAZARD INS     05/16  12     78.67 00    1002.00    83.50  07    584.50
MIN    MIN BAL ADJ                        00                             123.30-

          P&I         396.82                 ESCROW BAL            584.65
  ESCROW  PMT         202.56         2.85
  SPREAD  AMT           0.00     0 MOS     -  REQUIRED             673.23
     REP  RES           0.00               =  OVER/SHT               0.00
          A&H           0.00     ESTIMATE     SHORTAGE   SPREAD
          LIFE          0.00     LATE CHG  NO DLQ OVG    LEAVE
          OTHER         0.00     CASH BASIS ANALYSIS   MIN-BAL   2.000
   TOTAL  PMT         599.38         2.85     BILLS PAID AFTER PMT
```

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Notice of Payment Change to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 6th day of November, 2015.

/s/Rob Griffith
Rob Griffith
Bankruptcy Specialist

Ashanti Smith
3027 Baldwin Brook Drive
Montgomery, AL 36116

Joshua Milam
566 S. Perry Street
Montgomery, AL 36104

Curtis C. Reding
PO Box 173
Montgomery, AL 36101